```
                                    FILED
                                    Nov 08 2021
                                    CLERK, U.S. DISTRICT COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
                                    SAN FRANCISCO
```

## ~~PROPOSE~~D ORDER/COVER SHEET

**TO:** Honorable Thomas S. Hixson  **RE:** MORA, Nessa
U.S. Magistrate Judge

**FROM:** Silvio Lugo, Chief  **Docket No.:** 3:21-cr-00040-JD-1
U.S. Pretrial Services Officer

**Date:** 11/8/21

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Josh Libby                                               (415) 436-7504

**U.S. PRETRIAL SERVICES OFFICER**           **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __By Zoom__ on __11/12/2021__ at __9:00 AM__.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A. _____

B. _____

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____

_____          NOVEMBER 8, 2021
**JUDICIAL OFFICER**                       **DATE**
THOMAS S. HIXSON, U.S. MAGISTRATE JUDGE



# M E M O R A N D U M
**U.S. PRETRIAL SERVICES AGENCY**
NORTHERN DISTRICT OF CALIFORNIA

**CONFIDENTIAL**

NOT FOR PUBLIC DISCLOSURE

**DATE:** November 8, 2021

**TO:** Honorable Thomas S. Hixson
U.S. Magistrate Judge

**FROM:** Josh Libby
U.S. Pretrial Services Officer

**SUBJECT:** MORA, Nessa
3:21-cr-00040-JD-1
VIOLATION MEMORANDUM

Your Honor,

Nessa Mora is charged in an Information with a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) – Distribution of Fentanyl. On August 12, 2020, the Court ordered the defendant released on a $10,000 unsecured bond with Pretrial Services supervision as well as a number of special conditions, including that she must not use or possess any narcotic or controlled substance without a legal prescription.

## VIOLATION:

On October 28, 2021, this officer conducted a review of the defendant's drug test results via our national laboratory database. According to laboratory records, the defendant tested positive for Fentanyl on September 23, 2021, and again on October 11, 2021. In addition, the defendant tested presumptive positive for Fentanyl and marijuana use on October 6, 2021. However, due to specimen leakage during shipping to the laboratory, the sample was rejected for testing.

On October 28, 2021, this officer contacted the defendant with the assistance of a Spanish-speaking officer to inquire about the above-noted drug tests. At that time, she denied using any of the above-noted substances. The defendant was directed to report to the Pretrial Services office in San Francisco, California, on November 3, 2021, to discuss her positive drug tests in further detail. The defendant subsequently reported to the office as directed on November 3, 2021, and with the assistance of a Spanish-speaking officer, she was further questioned about whether she engaged in any use of Fentanyl or marijuana. Though the defendant admitted to using marijuana to "help sleep" on or about October 6, 2021, she denied any Fentanyl use. In addition, she was unable to provide any explanation for why the substance would be present in her system. It should be noted that a subsequent drug test conducted on October 20, 2021, was negative, but also diluted.

*DUE TO THE SENSITIVE NATURE OF THE INFORMATION CONTAINED IN THIS MEMORANDUM, IT SHOULD BE KEPT CONFIDENTIAL AND SHOULD NOT BE FILED IN ANY PUBLIC RECORDS*
(18 U.S.C. § 3153)

**RECOMMENDATION:**

In light of the above information, though Pretrial Services commends the defendant for being honest about her marijuana use, we are troubled by her continued denial regarding Fentanyl use, especially given that the substance was confirmed to be present in her system on two separate occasions.  Given the potential lethal consequences of using Fentanyl, Pretrial Services respectfully recommends that a bail violation hearing be held so that the Court/parties can address this matter.

                                                Respectfully Submitted,

                                                Josh Libby
                                                U.S. Pretrial Services Officer

Reviewed By,

Richard Sarlatte, Supervisor
U.S. Pretrial Services Officer

**cc: David Rizk (Assistant Federal Public Defender)**
    **Anne Hsieh (Assistant U.S. Attorney)**