STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANNE C. HSIEH (CABN 288159)
Assistant United States Attorney

> 150 Almaden Boulevard, Suite 900
> San Jose, California 95113
> Telephone: (408) 535-0910
> FAX: (408) 535-5081
> Anne.Hsieh@usdoj.gov

Attorneys for United States of America

**FILED**
Nov 10 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 21-CR-00040 JD |
| Plaintiff, ) | STIPULATION TO CONTINUE HEARING AND |
| v. ) | [PROPOSED] ORDER |
| NESSA MORA, ) | |
| Defendant. ) | |

A pretrial order bail review hearing is currently scheduled for Friday, November 12, 2021 at 9 a.m. before the Honorable Judge Hixson. Due to the unavailability of counsel, the parties request that the hearing be continued to Tuesday, November 16, 2021 at 9 a.m. U.S. Pretrial Services does not object to the continuance of this hearing. Ms. Mora respectfully requests that she be permitted to appear by telephone rather than video since she will be at work. The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: November 9, 2021                                /s/
                                                    **ANNE C. HSIEH**
                                                    Assistant United States Attorney

STIPULATION TO CONTINUE HEARING
Case No. 21-CR-00040 JD                                                v. 7/10/2018

DATED: November 9, 2021

/s/
**DAVID RIZK**
Counsel for Defendant Nessa Mora

**[PROPOSED]** ORDER

The pretrial order bail review hearing currently scheduled for Friday, November 12, 2021 at 9 a.m., shall be continued to Tuesday, November 16, 2021 at 9 a.m.

IT IS SO ORDERED.

DATED: November 10, 2021

HON. THOMAS S. HIXSON
United States Magistrate Judge