STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ANNE C. HSIEH (CABN 288159)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-0910
    FAX: (408) 535-5081
    Anne.Hsieh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 21-CR-00040 JD |
| Plaintiff, | STIPULATION TO CONTINUE HEARING AND [PROPOSED] ORDER |
| v. | |
| NESSA MORA, | |
| Defendant. | |

A status hearing is currently scheduled for June 13, 2022, at 10:30 a.m.  Because the parties are still working to reach a resolution regarding the current violations of the pretrial order and diversion agreement, the parties request that the hearing be continued to June 27, 2022, at 10:30 a.m.  U.S. Pretrial Services does not object to the continuance of this hearing.

    IT IS SO STIPULATED.

DATED: June 10, 2022

                    /s/
                 **ANNE C. HSIEH**
                 Assistant United States Attorney

DATED: June 10, 2022

                    /s/
                 **DAVID RIZK**
                 Counsel for Defendant Nessa Mora

1

## [PROPOSED] ORDER

2      The pretrial order bail review hearing currently scheduled for June 13, 2022 at 10:30 a.m., shall

3 be continued to June 27, 2022 at 10:30 a.m.

4      IT IS SO ORDERED.

5

6 DATED:  June 13, 2022          

7                                                  HON. JAMES DONATO
                                                   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28