JODI LINKER
Federal Public Defender
Northern District of California
DAVID W. RIZK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:        david_rizk@fd.org

Counsel for Defendant MORA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NESSA MORA,<br><br>Defendant. | **Case No.:** 21-CR-40 JD<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE STATUS**<br>**HEARING** |

The above titled matter is currently scheduled for a status conference on June 27, 2022 at 10:30 a.m. At the last hearing, the parties discussed whether the government would continue Ms. Mora on diversion due to repeated positive drug tests for fentanyl and the Court urged the parties to find a solution. The government has agreed to continue diversion if Ms. Mora participates in a group counseling program identified by the defense since none is available through Pretrial Services. The government and defense therefore request that the June 27, 2022 hearing be continued to August 15, 2022, at 10:30 a.m. and that the August 8, 2022 sentencing date be continued to October 17, 2022. at 10:30 a.m.

[PROPOSED] STIPULATED ORDER
*MORA*, 21-CR-40 JD

IT IS SO STIPULATED.

| | |
|---|---|
| June 24, 2022<br>Dated | STEPHANIE HINDS<br>United States Attorney<br>Northern District of California |
| | _____/S_____<br>ANNE HSIEH<br>Assistant United States Attorney |
| June 24, 2022<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California |
| | _____/S_____<br>DAVID W. RIZK<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

| | |
|---|---|
| June 24, 2022<br>Dated | _____<br>JAMES DONATO<br>United States District Judge |

[PROPOSED] STIPULATED ORDER
*MORA*, CR 21-CR-40 JD

2