```
JODI LINKER
Federal Public Defender
Northern District of California
DAVID W. RIZK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:  (415) 436-7706
Email:      david_rizk@fd.org
```

Counsel for Defendant MORA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 21-CR-40 JD |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER TO CONTINUE STATUS HEARING** |
| NESSA MORA, | |
| Defendant. | |

The above titled matter is currently scheduled for a status conference on August 8, 2022. Per agreement of the parties in an effort to continue diversion, approximately two weeks ago, Ms. Mora began participating in a group-counseling program twice weekly. Ms. Mora has related to defense counsel that she is very happy with the program. The parties therefore request that the sentencing hearing scheduled on October 17, 2022, be vacated, and the matter instead be set on ~~September 26, 2022~~ for status.
   October 17, 2022, at 10:30 a.m.

[PROPOSED] STIPULATED ORDER
*MORA*, 21-CR-40 JD

IT IS SO STIPULATED.

| August 5, 2022<br>Dated | STEPHANIE HINDS<br>United States Attorney<br>Northern District of California |
|---|---|
| | _____/S_____<br>ANNE HSIEH<br>Assistant United States Attorney |
| August 5, 2022<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California |
| | _____/S_____<br>DAVID W. RIZK<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

August 5, 2022
Dated

JAMES DONATO
United States District Judge

[PROPOSED] STIPULATED ORDER
*MORA*, CR 21-CR-40 JD